No. 510. Sue Phillips Gates v. Maryland Casualty Company. October 22, 1923. Petition for a, writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Dallas V. Halverstadt* for petitioner. *Mr. William C. Prentiss* and *Mr. Walter L. Clark* for respondent.

No. 513. Wenbourne-Karpen Dryer Company v. Cutler Dry Kiln Company et al. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William R. Rummler* and *Mr. Joseph B. Cotton* for petitioner. *Mr. Drury W. Cooper* for respondents.

No. 514. Territory of Alaska v. Annette Island Packing Company et al. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James Wickersham* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Harvey B. Cox* for respondents.

No. 515. Henry L. Bogart et al. v. Southern Pacific Company. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Spotswood B. Bowers* and *Mr. Dudley F. Phelps* for petitioners. *Mr. Arthur H. Van Brunt* and *Mr. Gordon M. Buck* for respondent.

No. 516. Henry L. Bogart et al. v. Southern Pacific Company. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sec-